# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMINA DIAB, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRITISH AIRWAYS, PLC, | : | No. 20-3744 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **23rd** day of **November 2020**, upon consideration of Defendant's Motion to Dismiss for Lack of Jurisdiction, Plaintiff's response, Defendant's reply, and for the reasons provided in this Court's Memorandum dated November 23, 2020, it is **ORDERED** that:

1. Defendant's motion (Document No. 5) is **DENIED**.

2. Defendant shall file an Answer to Plaintiff's Complaint or before December 16, 2020.

/s/ Berle Schiller
**Berle M. Schiller, J.**